UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Shakira Vance,<br><br>       Plaintiff,<br><br>v.<br><br>Grain Technology, Inc., Experian Information Solutions, Inc., Equifax Information Services LLC, and TransUnion, LLC,<br><br>       Defendants. | Case No.: 1:22-cv-04839-VMC-JCF<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, INC.** |

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant Equifax Information Services, LLC ("Equifax"). Plaintiff and Equifax are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Equifax will be finalized within the next sixty (60) days. Plaintiff's claims against TransUnion, LLC and Grain Technology, Inc. remain pending.

Dated:       March 31, 2023

/s/ Esther Oise
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: eoise.molaw@gmail.com

Telephone: (770) 895-3736  
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Esther Oise*