UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Shakira Vance,<br><br>    Plaintiff,<br><br>v.<br><br>Grain Technology, Inc., Experian Information Solutions, Inc., Equifax Information Services LLC, and TransUnion, LLC,<br><br>    Defendants. | Case No.: 1:22-cv-04839-VMC-JCF<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT GRAIN TECHNOLOGY, INC.** |

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant Grain Technology, Inc. ("Grain Technology"). Plaintiff and Grain Technology are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Grain Technology will be finalized within the next sixty (60) days. Plaintiff's claims against TransUnion, LLC remain pending.

Dated:    April 26, 2023

                                    /s/ Esther Oise
                                  Esther Oise, Esq. (GA Bar #686342)
                                  Oise Law Group PC
                                  2635 Governors Walk Blvd.
                                  Snellville, GA 30078
                                  Email: eoise.molaw@gmail.com

Telephone: (770) 895-3736
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Esther Oise*