UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Shakira Vance,<br><br>     Plaintiff,<br><br>v.<br><br>Grain Technology, Inc., Experian Information Solutions, Inc., Equifax Information Services LLC, and TransUnion, LLC,<br><br>     Defendants. | Case No.: 1:22-cv-04839-VMC-JCF<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANSUNION, LLC** |

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant TransUnion, LLC ("TransUnion"). Plaintiff and TransUnion are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against TransUnion will be finalized within the next sixty (60) days. Plaintiff has now reached settlements with all Defendants.

Dated:     April 27, 2023

                                        /s/ Esther Oise
                                        Esther Oise, Esq. (GA Bar #686342)
                                        Oise Law Group PC
                                        2635 Governors Walk Blvd.
                                        Snellville, GA 30078
                                        Email: eoise.molaw@gmail.com

Telephone: (770) 895-3736
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Esther Oise*